*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

Ann POWERS, Appellant

v.

INTERNAL REVENUE SERVICE, Department of Treasury, et al., Appellees.

No. 07–5215.

United States Court of Appeals, District of Columbia Circuit.

Oct. 24, 2007.

Ann Powers, Washington, DC, pro se.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and KAVANAUGH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed May 23, 2007, be affirmed. Appellant has failed to identify any error in the dismissal of her complaint as frivolous, and for failure to state a claim

on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.